AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Andrew Zamora<br>*Defendant* | )<br>)<br>)<br>) Case No. 1084 1:15CR03545-001JCH<br>)<br>)<br>) |

**FILED**
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

20 APR 29 PM 1:33

CLERK-ALBUQUERQUE /mn

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: United States District Court<br>333 Lomas Blvd. NE<br>Albuquerque, NM 87102<br>United States Magistrate Judge Laura Fashing | Courtroom No.: Rio Grande |
|---|---|
| | Date and Time: May 20, 2020 at 9:30 a.m. |

This offense is briefly described as follows:
On April 04, 2020, the defendant tested positive for amphetamines. On April 14, 2020, he admitted to smoking marijuana laced with methamphetamines and consuming alcohol on or around April 02, 2020.

Date: April 20, 2020

*Patricia S. [signature]*
*Issuing officer's signature*

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons

Date: 4/29/2020

☐ Returned this summons unexecuted

*[signature]*
*Server's signature*

Paul Duran  DUSM #31557
*Printed name and title*