# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

<u>Andrew Zamora</u>
*Defendant*

Case No. 15-cr-3545 (JH)

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, <u>Andrew Zamora</u>, Defendant, understand that I am scheduled for a <u>Preliminary VOSR</u> hearing on <u>12/31/2020</u>.
*nature of hearing*   *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date:
<u>12/31/2020</u>

*Defendant's signature*

*Wayne Baker*
*Signature of defendant's attorney*

<u>Wayne Baker</u>
*Printed name of defendant's attorney*

<u>federallitigator@gmail.com</u>
*Defendant's attorney's e-mail address*

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

__Andrew Zamora__
*Defendant*

Case No. 15CR3545 JCH

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, __Andrew Zamora__, Defendant, understand that I am scheduled for an __Initial__ hearing on __12/30/2020__.
*nature of hearing* — *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: __12-30-20__

__[signed] Andrew Zamora__
*Defendant's signature*

_____
*Signature of defendant's attorney*

Kari Converse
*Printed name of defendant's attorney*

kari_converse@fd.org
*Defendant's attorney's e-mail address*